# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2122
LT Case No. 2021-DP-1090

_____

C.B., FATHER OF E.B., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, for
Appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and Khairiya C. Bryant, of KCB
Law, PLLC, Orlando, for Guardian ad Litem.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee.

October 6, 2023


PER CURIAM.

AFFIRMED.

MAKAR, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____